**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| KENNETH LEE LAWSHEA,<br>ADC #079558 | PLAINTIFF |
| v. NO. 5:13CV00001 JLH/JTK | |
| RAY HOBBS, Director,<br>Arkansas Department of Correction | DEFENDANTS |

**<u>JUDGMENT</u>**

Pursuant to the Opinion and Order entered separately today, Kenneth Lee Lawshea's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED. No certificate of appealability will be issued.

IT IS SO ORDERED this 8th day of October, 2014.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE